**Order entered August 26, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01517-CR

### JOSE PEDRO AGUILAR-PINEDA, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. F12-34723-I**

## ORDER

The Court **GRANTS** the State's August 22, 2014 motion for extension of time to file the State's brief.

We **ORDER** the Clerk of the Court to file the State's brief tendered as of the date of this order.

/s/     DAVID EVANS
JUSTICE